UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTI MYERS-HENNING,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>        Defendants. | NO. CV-10-5080-EFS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On May 3, 2011, the Court ordered Plaintiff Kristi Myers-Henning to show cause why this action should not be dismissed for failure to prosecute. ECF No. 2. Plaintiff's counsel J. Jarrette Sandlin asks the Court to dismiss this action pursuant to Federal Rule of Civil Procedure 4(m), without prejudice and without costs for lack of service. Receiving no contrary information from Plaintiff, who received a copy of the show-cause Order,[1] **IT IS HEREBY ORDERED**:

    1.    The Order to Show Cause**, ECF No. 2, is SATISFIED**.

    2.    The Complaint is **DISMISSED** without prejudice.

    3.    This file shall be **CLOSED**.

---

[1] Mr. Sandlin filed a declaration indicating that he provided a copy of this Order to Plaintiff. ECF No. 4.

ORDER ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and provide copies to counsel.
3  **DATED** this   27th    day of June 2011.

4

5                         s/ Edward F. Shea
                          EDWARD F. SHEA
6                   United States District Judge

7  Q:\Civil\2010\5080.dismiss.discharge.osc.frm

ORDER ~ 2